Sarah CARPENTER v. J. L. PRESCOTT CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Order filed.

Orlando T. CARPENTER, as Adm'r, v. N. Y. TRUST CO. et al. (Supreme Court, Appellate Division, First Department. October 9, 1916.) Motion for preference granted for October 13th.

Jennie CARR, as administratrix, etc., of Edward J. Carr, deceased, respondent, v. Frederick GOTTSCHALDT, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order unanimously affirmed, with costs. No opinion.

Ellen CARROLL v. Jay W. FOWLER, as Administrator, etc. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

CATARACT JOURNAL CO., plff., v. Louis E. FULLER, applt., and Charles B. Smith, respt., impleaded with others. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion to dismiss appeal granted unless appellant is ready to argue the appeal on October 6th.

CATARACT JOURNAL CO., respt., v. Louis E. FULLER, applt., Charles B. Smith, respt., impleaded with others. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Gertrude E. CHURCH, respt., v. William McNAMARA, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) For opinion below, see 93 Misc.Rep. 465, 158 N. Y. Supp. 317. Appeal dismissed, with costs, upon stipulation and affidavit filed.

CITY OF NEW YORK v. Arthur H. MASTEN. (Supreme Court, Appellate Division, First Department. October 9, 1916.) Motion for preference granted for October 13th.

Edward CLARK v. Bessie REMPEL et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Newell S. COE, as admr., etc., applt., v. NORTHERN CENTRAL RAILWAY CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion for leave of appeal to Court of Appeals denied, with $10 costs.

Mary A. COHNFELD, Applt., v. Hetty S. A. H. GREEN, impld., Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of John M. COLEMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. See, also, 170 App. Div. 537, 156 N. Y. Supp. 487.

John F. COLLINS and James J. Leonard, appellants, v. George T. KELLY, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

COLUMBIA TRUST CO., as trustee, respt., v. RETSOF MINING CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Estella CONKLIN, Respondent, v. Andrew HEFFERNAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment and orders affirmed, with costs. All concurred.

Agnes CONNOLLY, as Adm'x, etc., Respondent, v. CLAUSEN–FLANAGAN BREWERY, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Appeal from Trial Term, New York County. Action by Agnes Connolly, as administratrix, etc., against Clausen-Flanagan Brewery. From a judgment entered upon the verdict of a jury, and from an order denying a motion for a new trial, defendant appeals. Judgment and order reversed, and new trial ordered, unless plaintiff stipulates to reduce the verdict to $3,000, in which event the judgment, as so modified, and the order, affirmed.

PER CURIAM. On the authority of Schaffer v. Baker Transfer Co., 29 App. Div. 459, 51 N. Y. Supp. 1092, and Connaughton v. Sun Printing & Pub. Ass'n, 73 App. Div. 316, 76 N. Y. Supp. 755, the judgment and order appealed from are reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiff stipulated to reduce the verdict to the sum of $3,000, in which event the judgment, as so reduced, and the order appealed from, are affirmed, without costs. Settle order on notice.

John A. CONNOLLY v. Otis MONTROSE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, with $10 costs. Order filed.

Mary T. CONNOLLY, respondent, v. NASSAU ELECTRIC RAILROAD COMPANY and Brooklyn Heights Railroad Company, appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion to dismiss appeal granted, with $10 costs.

George CONSTANTIN, Respt., v. CONSOLIDATED GAS CO., Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Determination, judgment, and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment to the sum of $435; in which event, judgment, as so modified, and or-